# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES GOLDSMITH,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:16-cv-00815-GMN-NJK

**ORDER**

## I. DISCUSSION

On April 13, 2016, the Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full filing fee for a civil action within 30 days from the date of that order. (ECF No. 2 at 2). On April 28, 2016, Plaintiff filed a motion to extend time to pay the filing fee. (ECF No. 3 at 1). Plaintiff states that he will be released from prison on May 13, 2016, and that prison officials have frozen his account. (*Id.* at 2). Plaintiff requests an extension of time until June 14, 2016 to pay the $400 filing fee. (*Id.*).

The Court grants Plaintiff's motion for an extension of time to pay the full filing fee. Plaintiff shall file an application to proceed *in forma pauperis* or pay the full filing fee for a civil action on or before Thursday, June 30, 2016. The Court also reminds Plaintiff to file a notice of his change of address when he leaves prison.[1]

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for an extension of time (ECF No. 3) is granted.

---

[1] Pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2.

IT IS FURTHER ORDERED that, **on or before Thursday, June 30, 2016**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This 5th day of May, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge