# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GOLDSMITH, | ) |
|     Plaintiff, | ) |
|     v. | )  2:16-cv-00815-GMN-NJK |
| STATE OF NEVADA EX REL et al., | )  **ORDER** |
|     Defendants. | ) |

## I. DISCUSSION

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff has been discharged from prison. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Special Rule 2-2, "[t]he plaintiff must immediately file with the court written notification of any change of address. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Nev. Loc. Special R. 2-2. This Court grants Plaintiff until Monday, November 21, 2016, to file his updated address with this Court. If Plaintiff does not update the Court with his current address on or before Monday, November 21, 2016, the Court will dismiss this action without prejudice.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file his updated address with the Court on or before Monday, November 21, 2016.

///

///

///

1       IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the
2 Court shall dismiss this case without prejudice.

4       DATED: This 21st day of October, 2016.

```
                                    _____
                                    NANCY J. KOPPE
                                    United States Magistrate Judge
```