FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GOLDSMITH, | ) |
| Plaintiff, | ) |
| v. | ) 2:16-cv-00815-GMN-NJK |
| STATE OF NEVADA et al., | ) **ORDER** |
| Defendants. | ) |

## I. DISCUSSION

In 2016, Plaintiff initiated this case and paid the full $400 filing fee for a civil action. (ECF No. 1, 5). On March 3, 2017, the parties reached a settlement agreement conditioned on this Court's approval. (ECF No. 14). Specifically, the parties agreed to settle the case if the Court approved the return of Plaintiff's $400 filing fee for this civil action. (ECF No. 18 at 1). The Court approves the return of Plaintiff's $400 filing fee in light of the settlement.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that, in light of the settlement reached between the parties, the Clerk of the Court will issue a refund to Plaintiff (Charles Goldsmith) in the amount of $400.

IT IS FURTHER ORDERED that the Clerk of the Court will send a copy of this order to the Finance Division of the Clerk's Office.

///

///

IT IS FURTHER ORDERED that the Court will enter an order on the stipulation to dismiss in a separate docket entry.

DATED: This __3__ day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court