1  ADAM PAUL LAXALT
     Attorney General
2  IZAAC ROWE (Bar. No. 13947)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3210 (phone)
   (702) 486-3773 (fax)
6  irowe@ag.nv.gov

7  Attorneys for Defendants
   Jennifer Nash and Chad A. Smith
8

9               UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11  CHARLES GOLDSMITH,            Case No. 2:16-cv-00815-GMN-NJK

12              Plaintiff,
    vs.
13                                NOTICE OF SETTLEMENT
    STATE OF NEVADA et al.,       CONDITIONED UPON COURT'S
14                                APPROVAL
                Defendants.
15

16       Plaintiff, CHARLES A. GOLDSMITH and Defendants THE STATE OF NEVADA,

17  JENNIFER NASH and CHAD A. SMITH, by and through counsel, Adam Paul Laxalt,

18  Nevada Attorney General, and Izaac Rowe, Deputy Attorney General, hereby notify the

19  Court that the parties have reached a tentative agreement and have signed a Stipulation

20  for Dismissal (attached as Exhibit A). However, the Stipulation and agreement is

21  dependent upon this Courts approval and the return of GOLDSMITH's federal court

22  filing fee in the amount of $400.

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

Upon the approval of this Court and this Court agreeing to refund GOLDSMITH's federal court filing fee, the parties respectfully submit the attached Stipulation for Dismissal.

Dated 28 day of April, 2017.          Dated 01 day of ~~April~~ May, 2017.

By: /s/ Charles Goldsmith
CHARLES GOLDSMITH
*Plaintiff Pro Se*

By: /s/ Izaac Rowe
Izaac Rowe
Deputy Attorney General
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF TENTATIVE SETTLEMENT PENDING COURT'S APPROVAL** with the Clerk of the Court by using the electronic filing system on the 2nd day of May, 2017. I certify that some of the participants in the case are not registered electronic filing system users. For those parties not registered service was made by depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, to the following unregistered participants:

Mr. Charles Goldsmith
3087 Desmond Avenue
Las Vegas, Nevada 89121
*Plaintiff, Pro Se*

/s/ Traci Plotnick
Traci Plotnick, an employee of
the office of the Nevada Attorney General

# EXHIBIT A

# EXHIBIT A

1  ADAM PAUL LAXALT
      Attorney General
2  IZAAC ROWE (Bar. No. 13947)
      Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3210 (phone)
   (702) 486-3773 (fax)
6  irowe@ag.nv.gov

7  Attorneys for Defendants
   Jennifer Nash and Chad A. Smith
8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CHARLES GOLDSMITH, | Case No. 2:16-cv-00815-GMN-NJK |
|---|---|
| Plaintiff, vs. | |
| STATE OF NEVADA *et al.*, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff, CHARLES A. GOLDSMITH and Defendants THE STATE OF NEVADA, JENNIFER NASH and CHAD A. SMITH, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Izaac Rowe, Deputy Attorney General, that the above-captioned matter be dismissed with prejudice,

. . .

upon the agreement by the federal Court to return GOLDSMITH's federal court filing fee, and that each party will bear their own attorney fees and costs.

Dated  20  day of April, 2017.  Dated  1ʳˢᵗ  day of May, 2017.

By: /s/ Charles Goldsmith
CHARLES GOLDSMITH
*Plaintiff Pro Se*

By: /s/ Izaac Rowe
Izaac Rowe
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: May 9, 2017

_____
UNITED STATES DISTRICT JUDGE